## FOURTH DEPARTMENT, MAY, 1932.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and CENTRAL SQUARE-UNION SQUARE, PART I, STATE HIGHWAY No. 5250, etc. (Case No. 4740.) — Order affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal as to the width of the approaches, being of the opinion that the greatest width which could be supported on the evidence is the necessary width for a three-lane road with reasonable shoulders.

SAMUEL BOMMATTEI, as Limited Administrator, etc., of IDA BOMMATTEI, Deceased, Appellant, v. ALFRED HODGSON and Another, Respondents.— Judgment affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and for granting a new trial.

ADA KETZEL, as Administratrix, etc., of JUNE KETZEL, Deceased, Respondent, v. PETER TOMIC, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence is contrary to and against the weight of the evidence. All concur, except Crosby, J., who disents and votes for affirmance.

OLLIVETTE FOX CATALANO, Respondent, v. PHILIP CATALANO, Appellant.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONNER-HANNA COKE CORPORATION, Appellant, v. WILLIAM J. BURKE and Others, as and Constituting the Board of Assessors of the City of Buffalo, Respondents.—Appeal dismissed, without costs, on the ground that the order is not appealable. (See *Pioneer Steamship Co.* v. *Sanday*, 210 App. Div. 318, and *Illius* v. *N. Y. & N. H. R. R. Co.*, 13 N. Y. 597.) All concur. [141 Misc. 663.]

ADELE KIRSCHENBAUM, an Infant, etc., Respondent, v. CHESTER F. OSCHUETZ, Appellant.— Judgment affirmed, with costs. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law.

MICHAEL J. NOONAN, as Trustee of JAMES EDWARDS, and JOHN BUTRYMOWICZ, Individually and as Copartners under the Firm Name of EAST SIDE PLUMBING AND HARDWARE COMPANY, Respondent, v. W. A. CASE & SON MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

MARY A. WYNNE, Respondent, Appellant, v. WILLIAM B. CRARY and CHARLES J. GEBHARD, Respondents, and JOHN DUIGNAN, Appellant.— Judgment and order against defendant Duignan affirmed, with costs. Judgment and order in favor of the defendants Crary and Gebhard affirmed, with costs in favor of defendants Crary and Gebhard against plaintiff. Appeal by defendant Duignan from judgment and order in favor of his codefendants dismissed, without costs. All concur.